| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY**<br><br>**Robertson, Anschutz, Schneid & Crane, LLC**<br>6409 Congress Ave., Suite 100<br>Boca Raton, FL 33487<br>Telephone: 561-241-6901<br>Local Telephone: 973-575-0707<br>Attorneys For Secured Creditor<br><br><br>Shauna Deluca, Esq. (SD-8248)<br><br>**In Re:**<br><br>John S. Edwards, Sr.,<br>    Debtor. | Order Filed on July 21, 2020<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey<br><br>Case No.: 11-30219-ABA<br><br>Chapter: 13<br><br>Hearing Date:  July 21, 2020<br><br>Judge:  Andrew B. Altenburg, Jr. |

## ORDER GRANTING MOTION TO REDACT A PREVIOUSLY FILED DOCUMENT

The relief set forth on the following page, number (2), is hereby **ORDERED.**

**DATED: July 21, 2020**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

**Page 2**

Debtor(s): John S. Edwards, Sr.
Case No.: 11-30219-ABA
Caption of Order: **Order Granting Motion to Redact a Previously Filed Document**

_____

The court having reviewed the Motion to Redact a Previously Filed Document filed in this case

by PNC Bank NA and regarding the following documents:

(1) Proof of Claim filed on July 22, 2011 as Claim No. 2-1 on the Claims Register

ORDERED that the above document(s) be immediately restricted from view on the Court's

public docket, and it is hereby

ORDERED that pursuant to Fed. R. Bankr. P 9037 (h)(2), the Movant shall refile the correctly

redacted documents with the court.

United States Bankruptcy Court
District of New Jersey

In re:                                                              Case No. 11-30219-ABA
John S. Edwards                                                     Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-1          User: admin          Page 1 of 1          Date Rcvd: Jul 21, 2020
                             Form ID: pdf903       Total Noticed: 1


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 23, 2020.
db              #+John S. Edwards, Sr.,   18 Pine Landing Road,   Cape May Courthouse, NJ 08210-1314

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                    TOTAL: 0


              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 23, 2020                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 21, 2020 at the address(es) listed below:
          Denise E. Carlon    on behalf of Creditor   CAPITAL ONE, N.A. dcarlon@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
           summarymail@standingtrustee.com
          Isabel C. Balboa    ecfmail@standingtrustee.com,  summarymail@standingtrustee.com
          Joshua I. Goldman    on behalf of Creditor   CAPITAL ONE, N.A. josh.goldman@padgettlawgroup.com,
           bkgroup@kmllawgroup.com
          Karina  Velter    on behalf of Creditor   PNC Bank, N.A. Velter.karina@gmail.com
          Seymour  Wasserstrum    on behalf of Debtor John S. Edwards, Sr. mylawyer7@aol.com,
           ecf@seymourlaw.net;r47769@notify.bestcase.com
          Shauna M Deluca    on behalf of Creditor   PNC Bank, N.A. sdeluca@rasflaw.com
                                                                                    TOTAL: 7